# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | **CASE NUMBER:** |
| PHILLIP WHITE | |
| Plaintiff(s), | 2:22–cv–06503–MEMF–SK |
| v. | |
| T.W. GARNER FOOD CO. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __11/10/2022__

Document No.:   __12–2__

Title of Document:   __[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT__

**ERROR(S) WITH DOCUMENT:**

Proposed orders SHALL NOT have counsels name, address, and phone number in the upper left corner. Please refer to the Judges Procedure page at http://www.cacd.uscourts.gov/honorable–maame–ewusi–mensah–frimpong for counsel to review the Proposed Order Sample. A new proposed order must be re–submitted in accordance with the Judge's procedures and posted sample.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ November 16, 2022_          By:  _/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov_
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS