**AKERMAN LLP**
CAROLINE H. MANKEY (SBN 187302)
*caroline.mankey@akerman.com*
CHRISTOPHER N. MCANDREW (SBN 324759)
*chris.mcandrew@akerman.com*
601 W. Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
T.W. GARNER FOOD CO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T.W. GARNER FOOD CO., a North Carolina corporation,<br><br>Defendant. | Case No. 2:22-cv-06503 -MEMF (SKx)<br><br>The Hon. Maame Ewusi-Mensah Frimpong<br><br>**NOTICE OF LODGING <u>CORRECTED</u> [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [DKT. 12]**<br><br>Date: January 19, 2023<br>Time: 10:00 a.m.<br>Courtroom: 8B |

---

NOTICE OF LODGING <u>CORRECTED</u> [PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

67370340;1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendant T.W. Garner Food Co. hereby lodges the attached corrected [Proposed] Order Granting Defendant's Motion To Dismiss Plaintiff's Complaint [Dkt. 12].

DATED: November 17, 2022        **AKERMAN LLP**

By: */s/ Caroline H. Mankey*
   Caroline H. Mankey
   Christopher N. McAndrew
   Attorneys for Defendant
   T.W. GARNER FOOD CO.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1
NOTICE OF LODGING CORRECTED [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
67370340;1