

**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PHILLIP WHITE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

T.W. GARNER FOOD CO., a North Carolina corporation,

Defendant.

Case No.: 2:22-cv-06503-MEMF (SKx)

**ORDER MODIFYING BRIEFING SCHEDULE [ECF NO. 17]**

/ / /

/ / /

On December 23, 2022, the parties filed a Joint Stipulation to Modify the Briefing Schedule (ECF No. 17) in connection with Defendant's motion to dismiss (ECF No. 12).

The Court, having considered the stipulation, and finding good cause therefor, hereby GRANTS the Stipulation IN PART and ORDERS as follows:

1. Plaintiff's Opposition to the Motion is due March 16, 2023; and
2. Defendant's Reply in support of the Motion is due April 6, 2023.

IT IS SO ORDERED.

Dated: February 13, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge