1  **AKERMAN LLP**
   CAROLINE H. MANKEY (SBN 187302)
2  *caroline.mankey@akerman.com*
   CHRISTOPHER N. MCANDREW (SBN 324759)
3  *chris.mcandrew@akerman.com*
   601 W. Fifth Street, Suite 300
4  Los Angeles, California 90071
   Telephone: (213) 688-9500
5  Facsimile:  (213) 627-6342

6  Attorneys for Defendant
   T.W. GARNER FOOD CO.

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 PHILLIP WHITE, individually and on        Case No. 2:22-cv-06503 -MEMF (SKx)
   behalf of all others similarly situated,
                                             The Hon. Maame Ewusi-Mensah
12           Plaintiff,                      Frimpong

13 v.
                                             **CERTIFICATION OF
14 T.W. GARNER FOOD CO., a North             INTERESTED ENTITIES OR
   Carolina corporation,                     PERSONS BY DEFENDANT T.W.
15                                           GARNER FOOD CO.**
             Defendant.
16                                           Complaint filed: September 13, 2022

17

18

19

20

21

22

23

24

25

26

27

28

   72324133;1        DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**:

The undersigned is counsel of record for Defendant T.W. Garner Food Co. Pursuant to Civil Local Rule 7-1.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant T.W. Garner Food Co.

DATED: August 21, 2023            **AKERMAN LLP**

                                  By: */s/ Caroline H. Mankey*
                                      Caroline H. Mankey
                                      Christopher N. McAndrew
                                      Attorneys for Defendant
                                      T.W. Garner Food Co.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1
DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
72324133;1