**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
Ryan D. Ardi (SBN 348738)
*rardi@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Facsimile: (213) 788-4070

*Attorneys for Plaintiff*

**AKERMAN LLP**
Caroline H. Mankey (SBN 187302)
*caroline.mankey@akerman.com*
Christopher N. McAndrew (SBN 324759)
*christopher.mcandrews@akerman.com*
601 W. Fifth Street, Ste. 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WHITE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> T.W. GARNER FOOD CO., a North Carolina corporation, <br><br> Defendant. | Case No. 2:22-cv-06503-MEMF-SK <br><br> <u>CLASS ACTION</u> <br><br> Honorable Maame Ewusi-Mensah Frimpong <br><br> **STIPULATION OF DISMISSAL OF THE ACTION WITHOUT PREJUDICE** <br><br> Complaint Filed:   September 12, 2022 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Phillip White ("Plaintiff") and Defendant T.W. Garner Food Co. ("Defendant"), through their respective counsel, hereby stipulate to dismiss the above-entitled action without prejudice as to the named Plaintiff and the putative class. In stipulating to the dismissal, Defendant neither agrees to nor admits to any of the factual allegations or legal arguments expressed in Plaintiff's motion to dismiss. Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: October 3, 2023      Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**

By:   */s/ Bahar Sodaify*
Ryan J. Clarkson, Esq.
Bahar Sodaify, Esq.
Alan Gudino, Esq.
Ryan D. Ardi, Esq.

*Attorneys for Plaintiff*

DATED: October 3, 2023      **AKERMAN LLP**

By:   */s/ Caroline H. Mankey*
Caroline H. Mankey, Esq.
Christopher N. McAndrew, Esq.

*Attorneys for Defendant*

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 3, 2023                **CLARKSON LAW FIRM, P.C.**

<u>*/s/ Bahar Sodaify*</u>
By: Bahar Sodaify

*Attorneys for Plaintiff*