O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T.W. GARNER FOOD CO.,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-06503-MEMF(MRWx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF THE ACTION WITHOUT PREJUDICE (ECF NO. 43)** |

/ / /

1

On October 3, 2023, Plaintiff Phillip White ("White") and Defendant T.W. Garner Food Co. filed a Stipulation of Dismissal of the Action Without Prejudice, ECF No. 43 ("Joint Stipulation").

Pursuant to the Joint Stipulation of the parties, it is HEREBY ORDERED THAT this action is dismissed in its entirety without prejudice as to Plaintiff Phillip White's claims and as to the claims of any putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All scheduled dates shall be VACATED and the matter closed.

IT IS SO ORDERED.

Dated: October 4, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge